EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* ERNESTO FIGUEROA, acusado y apelante.

No. 2525.—*Visto:* Junio 4, 1925. *Resuelto:* Julio 10, 1925.

1. ALIMENTO (FOOD)—LECHE—VENTA DE LECHE ADULTERADA—PROCESOS CRIMINALES—ACUSACIÓN SUFICIENTE.—Una acusación que imputa al acusado el hecho de vender leche adulterada sigue el estatuto y es suficiente.
2. DERECHO PENAL—APELACIÓN Y ERROR, Y CERTIORARI—DISPOSICIÓN Y RESOLUCIÓN DEL CASO—MODIFICACIÓN DE LA SENTENCIA APELADA.—Cuando la sen-

téncia no especifica el delito por el cual se declara culpable al acusado, y de la acusación aparece el delito por el cual se le acusó, dicha sentencia debe modificarse en apelación en el sentido de que el acusado fué condenado por dicho delito y así modificada, confirmarse. (*Pueblo* v. *Trinidad*, 24: 886; *Pueblo* v. *Alvarez,* 21: 86, y *Pueblo* v. *Bauzá*, resuelto julio 8, 1925, confirmados.)

SENTENCIA de *R. Díaz Cintrón*, J. (Ponce), condenando al acusado por delito de adulteración de leche. *Modificada.*

*C. Brunet del Valle*, abogado del apelante; *José E. Figueras*, abogado de *El Pueblo*, apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

El artículo 1 de la ley proveyendo lo necesario para castigar la adulteración de leche, ofrecerla o tenerla para la venta, aprobada en marzo 10, 1910 (Comp. 5787), prescribe lo siguiente:

"Toda persona que adulterare o diluyere leche con la intención de ofrecerla a la venta o que causare o permitiere que se ofrezca en venta, y toda persona que la vendiere, ofreciere o tuviere en venta, será culpable de delito menos grave (*misdemeanor*) y castigada con encarcelamiento que no exceda de un mes y además de dicha pena se confiscará la leche adulterada: . . . . La adulteración o dilución de la leche puede probarse en la forma usual que la ley provee para la vista de causas criminales, pero en cualquier caso se considerará y se tendrá por leche adulterada o diluída aquella que no diere la prueba que se prescribe por las autoridades competentes. *Disponiéndose* que el grado legal (*standard*) de la leche deberá ser fijado por el Director de Sanidad, Beneficencia y Correcciones, y publicado para conocimiento general en la Gaceta Oficial de Puerto Rico y en los periódicos de mayor circulación de la Isla que se determinaren por dicho funcionario."

Con arreglo a este estatuto puede cometerse el delito adulterando o diluyendo leche, y también vendiendo u ofreciendo para la venta leche adulterada.

[1] En este caso la acusación imputaba el hecho de haber vendido los acusados leche de vaca adulterada. A falta de autoridad en contrario, nos sentimos obligados a declarar que una acusación que imputa el hecho de vender leche

adulterada sigue el estatuto y es suficiente. Cuando es suficiente seguir al estatuto en casos criminales y cuando no, lo hemos discutido con alguna extensión en el caso de *El Pueblo* v. *Méndez,* decidido hoy. La adulteración puede consistir en un acto deliberado o en la omisión en llegar al "standard" o tipo fijado por la ley. *El Pueblo* v. *Rivera,* 31 D.P.R. 646. Una u otra cosa envuelve una cuestión de hecho y no una conclusión de derecho.

Si para preparar su defensa el acusado necesitaba mayor especificación, debió haber hecho una moción en ese sentido en la corte inferior. Nada de eso sucedió, sino que el acusado pretendió demostrar que no era él la persona a quien pertenecía la leche.

Aunque hubo un conflicto en la prueba, y el acusado negó vigorosamente que la leche era suya, sin embargo, ni los autos ni el alegato del apelante nos convence de que la corte incurrió en error al dirimir el conflicto en favor del gobierno.

[2] Aunque el apelante alega que la sentencia es insuficiente por no especificar el delito por el cual fué declarado culpable, siendo la acusación por el delito de venta de leche de vaca adulterada, debe modificarse la sentencia apelada según declaramos en los casos de *El Pueblo* v. *Trinidad,* 24 D.P.R. 886; *El Pueblo* v. *Alvarez,* 21 D.P.R. 86, y *El Pueblo* v. *Bauzá,* de julio 8, 1925 (pág. 439) en el sentido de que condena al acusado por el delito de venta de leche adulterada, y, así modificada, *confirmarse.*